IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYANT ALEXANDER GROVER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-4493 |
| | § | Consol. w/4:07-4533 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On February 24, 2009, this court granted the respondent's Motion for Summary Judgment. (Docket Entry No. 14). This court also denied a certificate of appealability. (*Id.*). On October 27, 2009, the United States Court of Appeals for the Fifth Circuit denied a certificate of appealability. (Docket Entry No. 24).

On October 14, 2010, this court denied the plaintiff's motion for relief from judgment. (Docket Entry No. 28). His motion for rehearing on this court's order denying his motion for relief from judgment, (Docket Entry No. 29), is denied for the reasons previously stated in the order entered on October 14, 2010. (Docket Entry No. 28). A certificate of appealability will not issue because the plaintiff has not made the necessary showing. The plaintiff's motion for a certificate of appealability, (Docket Entry No. 30), is denied.

SIGNED on January 3, 2011, at Houston, Texas.

                                                                      Lee H. Rosenthal
                                                              United States District Judge